

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed January 09, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ADRIANA LARA fka ADRIANA | § | CASE NO.  09-41111-RFN-13 |
| GARZA, | § | CHAPTER 13 |
|     Debtor | § | |

### ORDER DIRECTING DAN HESKETT, JUANA HESKETT, LOLITA SHERIOW, SUSIE RODRIGUEZ, and GAYLENE ROGERS LONERGAN TO APPEAR AND SHOW CAUSE

Came on for hearing on the 4th day of January, 2011, the *Motion Requesting Issuance of an Order for Scott Irvin, Amy Irvin, Dan Heskett and Juana Heskett to Appear and Show Cause* filed by **AURORA LOAN SERVICES, LLC**, in its capacity as servicer for Federal National Mortgage Association a/k/a Fannie Mae ("Creditor").  The Court, having heard the testimony of Rabia Ashraf and Scott Irvin, having reviewed the exhibits which were admitted into evidence, and for the reasons stated on the record, finds that the Motion should be, and the same hereby is, GRANTED as set forth herein.

**IT IS, THEREFORE, ORDERED** that Dan Heskett, Juana Heskett, Lolita Sheriow, Susie Rodriguez and Gaylene Rogers Lonergan shall appear before this Court in Courtroom 204, in the United States Courthouse, 501 West Tenth Street in Fort Worth, Texas, on the **22nd day of February, 2011 at 1:30 p.m.** to show cause:

> 1) regarding the validity of the real property transactions set forth in the *Motion Requesting Issuance of an Order for Scott Irvin, Amy Irvin, Dan Heskett and Juana Heskett to Appear and Show Cause* filed in the instant case;
>
> 2) regarding the validity of the marketing of the estate property known as 2023 Quarter Horse Lane in Fort Worth, Texas, without prior approval of this Court;
>
> 3) regarding the validity of the transfer of the estate property known as 2023 Quarter Horse Lane in Fort Worth, Texas, without prior approval of this Court;
>
> 4) regarding their concealment of estate property;
>
> 5) to explain how their conduct does not violate 11 U.S.C. §362;
>
> 6) to explain how their conduct does not violate 18 U.S.C. §152;
>
> 7) to explain how their conduct does not violate Section 81.101 of the Texas Government Code;
>
> 8) to explain how their conduct does not violate Chapter 180 of the Texas Finance Code;
>
> 9) to explain how their conduct complies with other applicable state and federal laws governing the conveyance of the estate property known as 2023 Quarter Horse Lane in Fort Worth, Texas; and
>
> 10) regarding such other matters as the Court deems appropriate.

**IT IS FURTHER ORDERED** that Scott Irvin and Amy Irvin are not required to appear at the hearing since the testimony of Scott Irvin was elicited at the hearing held on January 4,

2011.

**IT IS FURTHER ORDERED** that the exhibits admitted into evidence at the hearing on January 4, 2011 shall carry forward to the Show Cause hearing set forth herein and any continuances thereof.

**IT IS FURTHER ORDERED** that counsel for **AURORA LOAN SERVICES, LLC**, in its capacity as servicer for Federal National Mortgage Association a/k/a Fannie Mae, its successors and/or assigns, shall serve a copy of this Order on the Debtor, the Chapter 13 Trustee, the United States Trustee and Rabia Ashraf through first class United States Mail and/or electronic notice through the CM/ECF system.

**IT IS FURTHER ORDERED** that counsel for **AURORA LOAN SERVICES, LLC**, in its capacity as servicer for Federal National Mortgage Association a/k/a Fannie Mae, its successors and/or assigns, shall serve a copy of this Order on Dan Heskett, Juana Heskett, Lolita Sheriow, Susie Rodriguez and Gaylene Rogers Lonergan through first class United States Mail, certified mail and by any other means as necessary to ensure that the parties are provided with notice of the hearing.

**SO ORDERED.**

**###END OF ORDER###**

Form of Order prepared by:
David Aaron DeSoto
Mann & Stevens, P.C.
550 Westcott Street, Suite 560
Houston, Texas 77007
(713) 293-3600
(713) 293-3636 (Facsimile)
ATTORNEY FOR CREDITOR